■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVADOR MANZO, Appellant. [609 NYS2d 851] —Appeal by the

defendant from (1) a judgment of the Supreme Court, Queens County (Pitaro, J.), rendered April 19, 1991, convicting him of robbery in the second degree under Indictment No. 6274/89, upon a jury verdict, and imposing sentence, and (2) a judgment of the same court, rendered May 17, 1991, convicting him of robbery in the second degree under Indictment No. 6249/89, upon his plea of guilty, and imposing sentence.

Ordered that the judgments are affirmed.

Viewing the evidence adduced at the trial under Indictment No. 6274/89 in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Contrary to the defendant's contention, the evidence established that the complainant sustained physical injury *(see,* Penal Law § 10.00 [9]; *People v Lopez,* 156 AD2d 386; *People v Lundquist,* 151 AD2d 505). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

In light of our determination, we reject the defendant's claim that he should be permitted to withdraw his plea of guilty under Indictment No. 6249/89 *(see, People v Fuggazzatto,* 62 NY2d 862; *People v Wolfolk,* 191 AD2d 529).

We have considered the defendant's remaining contentions and find them to be without merit. Balletta, J. P., O'Brien, Ritter and Florio, JJ., concur.